No. 82–6873.   LEE v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–6874.   HARSHMAN ET AL. v. PETROLITE CORP.   C. A. 5th Cir.   Certiorari denied.

No. 82–6877.   FEROLA v. MORAN.   C. A. 1st Cir.   Certiorari denied.

No. 82–6879.   JOHNSON v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 11th Cir.   Certiorari denied.

No. 82–6880.   KING v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–6882.   THOMAS v. UNITED STEELWORKERS OF AMERICA, LOCAL 3754, AFL–CIO.   C. A. 1st Cir.   Certiorari denied.

No. 82–6884.   LONG v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–6885.   FREED v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–6886.   ILLSLEY v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 82–6888.   KAPLAN v. OFFICE OF THE U. S. ATTORNEY FOR THE DISTRICT OF NEW JERSEY ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–6891.   HOWARD v. TAYLOR ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 82–6892.   VETETO v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–6893.   REED v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 82–6894.   JAMES v. MARTIN, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 82–6895.   GOODMAN, BY GOODMAN, HER FATHER AND NEXT FRIEND v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 2d Cir.   Certiorari denied.

No. 82–6896.   LYMON v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.